UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stacey Martinez,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No.:   1:20-cv-07212-GHW |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 2, 2020

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Stacey Martinez

　　　　　　　　　　　　　　　　　　　　　/s/ Sergei Lemberg

　　　　　　　　　　　　　　　　　　　　　Sergei Lemberg, Esq. (SL 6331)
　　　　　　　　　　　　　　　　　　　　　**LEMBERG LAW, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　43 Danbury Road, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　Wilton, CT 06897
　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (203) 653-3424
　　　　　　　　　　　　　　　　　　　　　slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg